608 A.2d 492

**FIRSTRUST SAVINGS BANK, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF REVENUE.**

Supreme Court of Pennsylvania.

Argued May 7, 1992.

June 11, 1992.

John F. Stoviak, Timothy W. Callahan, II, Philadelphia, Mary G. March, Malvern, for appellant.

Michael A. Roman, Deputy Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

NIX, C.J., and LARSEN, J., did not participate in the consideration or decision of this case.